# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY BALDOVINOS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SCHNEIDER NATIONAL CARRIERS, INC., a Nevada Corporation; and DOES 1 through 60, inclusive,<br><br>Defendant. | CASE NO. 2:16-cv-09401-BRO-PLA<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

# **ORDER**

The Court has reviewed the Joint Stipulation of Dismissal of Entire Action with Prejudice (the "Stipulation") filed by Plaintiff JUDY BALDOVINOS ("Plaintiff") and Defendant SCHNEIDER NATIONAL CARRIERS, INC. ("Defendant")(collectively, the "Parties"):

IT IS HEREBY ORDERED that Plaintiff's Complaint in the above- referenced action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Pursuant to the Parties' Stipulation, each party shall bear their own respective attorneys' fees and costs incurred in this action.

IT IS SO ORDERED.

DATED: May 23, 2017

By: _____
Honorable Beverly R. O'Connell
United States District Court Judge